UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:17-cr-00041-TWP-TAB |
| | ) | |
| CURTIS A. WEATHERS, | ) | -01 |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On November 17, 2026, the Magistrate Judge submitted his Report and Recommendation regarding the United States Probation Office's Petition for Warrant or Summons for Offender Under Supervision (Filing No. 85). The parties waived the fourteen-day period to object to the Report and Recommendation. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

The Probation Officer shall prepare an amended judgment for the undersigned's signature.

**IT IS SO ORDERED.**

Date: November 18, 2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Richard L. Ford
ATTORNEY AT LAW
rlfatty@gmail.com

Omar Ghani
INDIANA FEDERL DEFENDER OFFICE
Omar_Ghani@fd.org

Barry D. Glickman
DOJ-USAO
barry.glickman@usdoj.gov

Electronic notice to USPO

Electronic notice to USM-C